Gay v. Tom's of Maine, Inc., 0:14-CV-60604-KMM

October 5, 2015

## Objection to the Case

Rebecca Harris
42326 Gatewood St.
Fremont, CA 94538
510-226-0438
not represented

I am an unrepresented member of this class action. Since 2009 to currently, I have bought several tubes of toothpaste, sticks of deodorant, and mouth wash (about 14 items). I have been very pleased with Tom's of Maine products. While I have no expertise on these matters of fairness in advertising, I find this lawsuit to be a form of bullying.

While I'm fairly certain that if Tom's of Maine were to battle to the end, we would see that they did no wrong, but instead they have opted to taken the more economical stance.

I will continue to buy Tom's of Maine products in the future. I also want to be excluded from the class action.

I will not be appearing nor do I plan to have anyone represent be at any hearing. I have not be a party to any other class action suit within the past five years.

Thank you for giving me this chance to voice my opinion.

Sincerely,
Rebecca Harris

1

R. Harris
42326 Gatewood St.
Fremont CA 94538

OAKLAND CA 945
05 OCT 2015 PM 3 L

Clerk of Court
United States Dist. Court
Southern District of Florida
400 North Miami Ave
Miami FL 33128

