DAVID A BALZ
9640 COUNTY HWY 330
UPPER SANDUSKY, OH  43351     419-294-4477

FILED by ___ D.C.

OCT 2 7 2015

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

CLERK OF THE COURT
United States District Court-Southern District of Florida
400 North Miami Ave
Miami, FL  33128

James C. Shah
Shepherd, Finkelman, Miller & Shah, LLP         RE:     Gay v. Tom's of Maine, Inc.
35 E. State Street                                      0:14-CV-60604-KMM
Media, PA  19063

David K Callahan
Latham & Watkins, LLP
330 N Wabash Ave, Suite 2800
Chicago, IL  60611

I am writing to file an objection to the settlement action listed above.  We have purchased products made by Tom's of Maine, Inc. for over 30 years, including mouthwash, toothpaste, deodorant, dental floss, and I'm sure many others.  We regularly use the mouthwash, dental floss and deodorant today.

We have never had any complaints about any of the products; and have always respected Tom's of Maine for being one of the first companies to make their cruelty-free products easily available and reasonably priced.   To the best of our knowledge, they were one of the pioneers in providing cruelty-free products – even before it was fashionable.  They were a leader where others now have followed.

We don't have any papers, briefs or other documentation on which our objection is based; however, the entire lawsuit would appear, on the surface, to be entirely frivolous and hypercritical.   While packaging and advertising of products is important as to the basic, factual information regarding contents, ingredients and testing; it seems almost ridiculous to condemn an honorable company that provides wholesome, high-quality, cruelty-free products, because they used a few words that are very common in advertising throughout the industry.

We are not represented by counsel, nor do we intend to appear at the Final Approval Hearing .  Additionally, neither my wife nor I have made any objections to class action settlements in the past.  However, we would hope that this settlement will not be approved by the court.  Thank you.

_____                      _10/21/15_
David A Balz                                                         Date