UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALLISON GAY, SANDAHL NELSON, MOLLY MARTIN, LORETTE KENNEY, CLAUDIA MORALES, AND GENEVIEVE GAMEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOM'S OF MAINE, INC.,<br><br>Defendant. | Case No.0:14—CV60604-KMM |

FILED by PG D.C.
DEC 29 2015
STEVEN M. LARIMORE
CLERK U.S DIST CT
S.D. of FLA. - MIAMI

### OBJECTION OF PATRICK S. SWEENEY PROPOSED SETTLEMENT

NOW COMES, Pro Se Objector PATRICK S. SWEENEY, hereby files these objections to the proposed settlement in this matter.

### PROOF OF MEMBERSHIP IN CLASS

Upon information and belief Patrick S. Sweeney has reviewed the notice and believes that he is a member of the class as defined in that certain Notice of Class Action Settlement which is dated September 23, 2015, and is currently posted on the administrator's website. He intends to file a claim in this matter on or before the claim deadline. His address and telephone number are listed at the conclusion of this objection.

1

## NOTICE OF INTENT TO APPEAR

Objector hereby gives notice that he does not intend to appear at the Final Approval Hearing presently scheduled for 11:00 a.m. (EST) January 28, 2015, at the United States Courthouse, U.S.D.C. for the Southern District of Florida, 400 North Miami Avenue, Miami, Florida, 33128.

### I.

### Reason for Objecting to Settlement

For the following reasons, inter alia, the Settlement Agreement is not fair, reasonable and adequate:

1. Claims administration process fails to require reliable oversight, accountability, and reporting about whether the claims process actually delivers what was promised.

2. Timeframes and deadlines benefit Defendants and Class Counsel, but not Class Members; No timeframe for completing administration of the monetary relief is set, so Class Members cannot know when payment would arrive.

3. No amount of attorney fees is to be withheld to assure Class Counsel's continuing oversight and involvement in implementing settlement

4. The fee calculation is unfair in that the percentage of the settlement amount is far too high.

5. Fee request is not reasonable in the absence of documentation, including billing records, which can be evaluated by Class Members and the Court.

6. The objector herein hereby adopts and joins in all other objections, if any, which are based on sufficient precedent and theories of equity and law in this case and hereby incorporates said objections by reference as if they were fully described herein.

### CONCLUSION

**WHEREFORE**, This Objector, for the foregoing reasons, respectfully requests that the Court, upon proper hearing:

1. Sustain these Objections;

2

2. Enter such Orders as are necessary and just to adjudicate these Objections and to alleviate the inherent unfairness, inadequacies and unreasonableness of the proposed settlement.

3. Award an incentive fee to this Objector for his role in improving the Settlement, if applicable.

Dated: December 22, 2015

By: _____
Patrick S. Sweeney, Pro Se
2590 Richardson Street
Madison, WI 53711
Telephone: (310)-339-0548
Email Address: patrick@sweeneylegalgroup.com

### CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2015, I caused to be filed, by placing this objection in the foregoing with the Clerk of the Court of the United States District Court for the Southern District of Florida.

I hereby further certify that on December 22, 2015 I served all parties as directed in the Notice of Settlement of Class Action dated September 23, 2015 for this Class Action via United States First Class Mail, to wit:

CLASS COUNSEL
James C. Shah, Esquire
Shepherd, Finkleman, Miller & Shah
35 East State Street
Media, PA 19063

DEFENSE COUNSEL
David A. Callahan, Esquire
Latham & Watkins LLP
330 North Wabash Street
Suite 2800
Chicago, IL 60611

By: _____
PATRICK S. SWEENEY, Pro Se

3

2590 Richardson Street
Madison, Wise.
537)|

USMS
INSPECTED
RECEIVED

Clerk of the Court
United States District Court
Southern District of Florida
400 North Miami Ave.
Miami, FL 33128

DEC 29 12:21

HIALEAH