**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

ALLISON GAY, SANDAHL NELSON, MOLLY MARTIN and GENEVIEVE GAMEZ, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

TOM'S OF MAINE, INC.

Defendant.

CASE NO. 14-cv-60604-KMM

Chief Judge K. Michael Moore

**SUPPLEMENTAL DECLARATION OF JEFFREY D. DAHL WITH RESPECT TO IMPLEMENTATION OF THE NOTICE PLAN AND PERFORMANCE OF REQUIRED SETTLEMENT ADMINISTRATION ACTIVITIES**

I, Jeffrey D. Dahl, hereby declare as follows:

1. I am over 21 years of age and am not a party to this action.

2. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

3. I am President of Dahl Administration, LLC ("Dahl"). Dahl has been retained as the Notice Administrator for the above-captioned action. I previously submitted the *Declaration of Jeffrey D. Dahl with Respect to Implementation of the Notice Plan and Performance of Required Settlement Administration Activities.*

4. My previously submitted declaration incorrectly stated there had been 61 requests for exclusion submitted by potential class members. Through January 11, 2016, Dahl has received a total of 59 valid and timely requests for exclusion from potential class members.

5. Through January 9, 2016, a total of 67,803 claims have been filed. The aggregate amount of the claims filed through January 9, 2016 is $1,688,000. The average claim amount of the claims is $24.90.

6. Based on the number of claims filed to date, we reasonably estimate that more than 104,000 claims will be filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 13th day of January, 2016 in Minneapolis, Minnesota.

Jeffrey D. Dahl
Founder and Principal
Dahl Administration, LLC