# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALLISON GAY, SANDAHL NELSON, MOLLY MARTIN and GENEVIEVE GAMEZ, On Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>   vs.<br><br>TOM'S OF MAINE, INC.,<br><br>                    Defendant. | No: 14-cv-60604-KMM |

## NOTICE OF FILING OF [PROPOSED] FINAL SETTLEMENT ORDER AND JUDGMENT

PLEASE TAKE NOTICE that Plaintiffs, Allison Gay, Sandahl Nelson, Lorette Kenney, Claudia Morales, Molly Martin and Genevieve Gamez (collectively, "Plaintiffs"), hereby file the attached [Proposed] Final Settlement Order and Judgment.

Dated: January 29, 2015

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

/s/ Nathan C. Zipperian
Nathan C. Zipperian (#61525)
Scott R. Shepherd (#69655)
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367
Email:  nzipperian@sfmslaw.com
            sshepherd@sfmslaw.com

James C. Shah
Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
35 E. State Street
Media, PA 19063

1

Telephone:  (610) 891-9880
Facsimile:  (866) 300-7367
Email: jshah@sfmslaw.com
         nfinkelman@sfmslaw.com

Jeffrey Feinberg
THE FEINBERG LAW FIRM
382 Springfield Ave, Suite 201
Summit, NJ 07901
Telephone: (212) 372-0297
Email: jfeinberg@nfcounsel.com

James F. Clapp
James T. Hannink
Zach P. Dostart
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122-1253
Telephone:  (858) 623-4200
Facsimile:  (858) 623-4299
Email: jclapp@sdlaw.com
         jhannink@sdlaw.com
         zdostart@sdlaw.com

Clayton D. Halunen (Bar No. 219721)
Melissa Wolchansky (Bar No. 0387900)
HALUNEN LAW
1650 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612.605.4098
Facsimile: 612.605.4099
Email: Halunen@halunenlaw.com
         wolchansky@halunenlaw.com

Michael R. Reese
REESE LLP
875 Avenue of the Americas, 18th Floor
New York, NY 10001
Telephone: (212) 643-0500
Facsimile:  (212) 253-5272
Email: mreese@reeserichman.com
         krichman@reeserichman.com

2

Aashish Desai
DESAI LAW FIRM, P.C.
3200 Bristol Street, Suite 650
Costa Mesa, CA 92626
Telephone: (949) 614-5830
Facsimile: (949) 271-4190
Email: aashish@desai-law.com

*Attorneys for Plaintiffs and the
Proposed Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of January, 2016, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Nathan C. Zipperian
Nathan C. Zipperian
