# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALLISON GAY, SANDAHL NELSON, MOLLY MARTIN, LORETTE KENNEY, CLAUDIA MORALES AND GENEVIEVE GAMEZ, Individually and on Behalf of All Others Similarly Situated, | No. 0:14-CV-60604-KMM <br><br> <u>CLASS ACTION</u> |
| Plaintiffs, | **[PROPOSED] FINAL SETTLEMENT ORDER AND JUDGMENT** |
| vs. | |
| TOM'S OF MAINE, INC., | |
| Defendant. | |

IT IS HEREBY ADJUDGED AND DECREED THAT:

1. This Judgment incorporates by reference the definitions in the Joint Stipulation of Settlement dated July 24, 2015 ("Agreement") and all capitalized terms used herein shall have the same meanings as set forth in the Agreement unless set forth differently herein. The terms of the Agreement are fully incorporated in this Judgment as if set forth fully herein.

2. The Court has jurisdiction over the subject matter of this action and all Parties to the Action, including all Settlement Class Members ("Class Members") who do not timely exclude themselves from the Class. The list of excluded Class Members is attached as Exhibit "B."

3. Pursuant to Federal Rule of Civil Procedure 23(b)(3), the Court hereby certifies the following Class:

> All individuals in the United States who purchased at least one Tom's of Maine Covered Product from March 25, 2009 through September 23, 2015. Specifically excluded from the Class are (i) those who purchased Covered Products for purpose of resale; (ii) those with claims for personal injuries arising from the use of Covered Products; (iii) Defendant and its officers, directors and employees; (iv) any person who files a valid and timely Request for Exclusion; and (v) the Judges to whom this Action is assigned and any members of their immediate families.

4. Pursuant to Federal Rule of Civil Procedure 23(c)(3), all such persons or entities who satisfy the Class definition above, except those Class Members who timely and validly excluded themselves from the Class, are Class Members bound by this Judgment.

5. For settlement purposes only, the Court finds:

(a) Pursuant to Federal Rule of Civil Procedure 23(a), Allison Gay, Sandahl Nelson, Lorette Kenney, Claudia Morales, Molly Martin, and Genevieve Gamez (collectively, "Plaintiffs") are members of the Class, their claims are typical of the Class, and they fairly and adequately protected the interests of the Class throughout the proceedings in the Action. Accordingly, the Court hereby appoints Plaintiffs as Class representatives;

1

   (b) The Class meets all of the requirements of Federal Rules of Civil Procedure 23(a) and (b)(3) for certification of the Class claims alleged in the First Amended Complaint filed by Plaintiffs, including: (a) numerosity; (b) commonality; (c) typicality; (d) adequacy of the class representative and Class Counsel; (e) predominance of common questions of fact and law among the Class for purposes of settlement; and (f) superiority; and

   (c) Having considered the factors set forth in Rule 23(g)(1) of the Federal Rules of Civil Procedure, Class Counsel have fairly and adequately represented the Class for purposes of entering into and implementing the settlement.  Accordingly, the Court hereby appoints Class Counsel as counsel to represent Class Members.

  6. Persons or entities who filed timely exclusion requests are not bound by this Judgment or the terms of the Agreement and may pursue their own individual remedies against Defendant.  However, such excluded parties are not entitled to any rights or benefits provided to Class Members by the terms of the Agreement.  The list of persons and entities excluded from the Class because they filed timely and valid requests for exclusion is attached hereto as Exhibit "A."

  7. The Court directed that notice be given to Class Members by publication and other means pursuant to the notice program proposed by the Parties in the Agreement and approved by the Court.  The Affidavit of Jeffrey D. Dahl with Respect to Settlement Notice Plan attesting to the dissemination of the notice to the Class, demonstrates compliance with this Court's Preliminary Approval Order.  The Class Notice advised Class Members of the terms of the settlement; the Final Approval Hearing and their right to appear at such hearing; their rights to remain in or opt out of the Class and to object to the settlement; the procedures for exercising such rights; and the binding effect of this Judgment, whether favorable or unfavorable, to the Class.

  8. The distribution of the notice to the Class constituted the best notice practicable

under the circumstances, and fully satisfied the requirements of Federal Rule of Civil Procedure 23, the requirements of due process, 28 U.S.C. §1715, and any other applicable law.

9. Pursuant to Federal Rule of Civil Procedure 23(e)(2), the Court finds after a hearing and based upon all submissions of the Parties and other persons that the settlement proposed by the Parties is fair, reasonable, and adequate. The terms and provisions of the Stipulation are the product of arm's-length negotiations conducted in good faith and with the assistance of an experienced mediator, the Honorable Peter J. Lichtman (retired). The Court has considered all objections to the Settlement and finds that such objections are without merit and should be overruled. Approval of the Stipulation will result in substantial savings of time, money and effort to the Court and the Parties, and will further the interests of justice.

10. The Court has considered the objections of Steven Franklyn Helfand, Patrick S. Sweeney, Dawn Weaver, David Balz and Samuel Goldstone and finds those objections to be without merit. Thus, those objections are hereby overruled.

11. Upon the Effective Date, the named Plaintiffs and each Class Member (other than those listed on Exhibit "A") shall be deemed to have, and by operation of this Final Settlement Order and Judgment shall have, released all Released Claims as defined in the Agreement.

12. All Class Members who have not timely and validly submitted requests for exclusion are bound by this Judgment and by the terms of the Agreement.

13. Plaintiffs in the Action initiated this lawsuit, acted to protect the Class, and assisted their counsel. Their efforts have produced the Agreement entered into in good faith that provides a fair, reasonable, adequate and certain result for the Class. Plaintiffs are each entitled to a service award of $2,000. Class Counsel is awarded $1,035,000.00 for reasonable attorneys' fees, and $28,184.07 for reimbursement of reasonable and necessary expenses.

14. The Court hereby dismisses with prejudice the Action, and the Released Parties

are hereby released from all further liability for the Released Claims.

15.	The Court enjoins all Class Members from (i) filing, commencing, prosecuting, intervening in or participating as a plaintiff, claimant or class member in any other lawsuit or administrative, regulatory, arbitration or other proceeding in any jurisdiction based on the Released Claims; (ii) filing, commencing or prosecuting a lawsuit or administrative, regulatory, arbitration or other proceeding as a class action on behalf of any Class Members who have not timely excluded themselves (including by seeking to amend a pending complaint to include class allegations or seeking class certification in a pending action), based on claims made in this Litigation; (iii) pursuing any Released Claims; and (iv) attempting to effect Opt-Outs of individuals or a class of individuals in any lawsuit or administrative, regulatory, arbitration or other proceeding based on the Released Claims.

16.	The Parties will provide the Court with an update regarding claims administration.  Specifically, following the conclusion of the claims administration process, the Parties will provide the Court with information from the Settlement Administrator, including (1) the total number of submitted and valid claims; (2) the average claim amount; and (3) the aggregate amount of the checks cashed by Settlement Class Members.

17.	Without affecting the finality of this Judgment, the Court reserves jurisdiction over the implementation, administration and enforcement of this Judgment and the Stipulation, and all matters ancillary thereto.

18.	The Court finds that no reason exists for delay in ordering final judgment pursuant to Federal Rule of Civil Procedure 54(b), the clerk is hereby directed to enter this Judgment forthwith.

19.	The Parties are hereby authorized, without needing further approval from the Court, to agree to and adopt such modifications and expansions of the Agreement, including

4

without limitation, the claim review procedure, that are consistent with this Judgment and do not limit the rights of Class Members under the Agreement.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

# Exhibit A

**TOM'S OF MAINE SETTLEMENT**
**OPT OUT SUMMARY**
**JANUARY 13, 2016**

| CLASS MEMBER NAME | ADDRESS | CITY | ST | ZIP | STATUS |
|---|---|---|---|---|---|
| MARTHA HELFAND | 2245 OLEADA CT | ENGLEWOOD | FL | 34224-9074 | VALID |
| ANN WICKERSHAM | 1000 WELLER CIR APT 227 | WESTMINSTER | MD | 21158-4341 | VALID |
| MISSY MOSSOR | 452 LITTLE WAY | MACFARLAN | WV | 26148-6458 | VALID |
| ANN PATTERSON | 725 DIETZ RD | RINGGOLD | GA | 30736-8327 | VALID |
| CHAYA STARK | 1437 E 27TH ST | BROOKLYN | NY | 11210-5308 | VALID |
| DONNA HARGROVES | 221 SUNSHINE CIR SW | MATTAWA | WA | 99349-1938 | VALID |
| JODI LAWSON | 45 HORSESHOE LAKE DR W | HUNTSVILLE | TX | 77320-0409 | VALID |
| SANDRA COVEART | 10 HANNAH CT | MIDLAND | MI | 48642-3615 | VALID |
| JOHN ZISKE | 604 GRANITEVILLE RD APT 111 | GRANITEVILLE | VT | 05654-8126 | VALID |
| ELIZABETH AGNE | 3817 N HUDSON DR | FLORENCE | AZ | 85132-3915 | VALID |
| JOHN RAASCH | 1960 LAS PALMAS LN APT 138 | LAUGHLIN | NV | 89029-1243 | VALID |
| JEAN WAGNER | 124 N MAPLE ST | KUTZTOWN | PA | 19530-1105 | VALID |
| MARIA LOU ERNEST | 315 BROOKLAWN DR | ROCHESTER | NY | 14618-2917 | VALID |
| CAREN HELMICH | 528 HARDIN AVE | JACKSONVILLE | IL | 62650-2949 | VALID |
| SANDRA LEIDICH | 9 READING DR APT 143 | WERNERSVILLE | PA | 19565-2023 | VALID |
| HAROLD KOCH | 11 MUIRFIELD RD | BEDFORD | NH | 03110-6120 | VALID |
| LUCILLE MCGILL | 545 FAIRBANKS RD | SPRING HILL | FL | 34608-6927 | VALID |
| TOM MCMURRAY | 19625 GILMAN SPRINGS RD | SAN JACINTO | CA | 92583-2100 | VALID |
| RALPH M LABBEE | 16 COOLIDGE AVE | TROY | NY | 12180-2702 | VALID |
| CASSANDRA KALI MARTIN | 719 N BUCHANAN ST | EDWARDSVILLE | IL | 62025-1213 | VALID |
| KATHRYN SCHOEMANN | 10251 W 44TH AVE UNIT 2-206 | WHEAT RIDGE | CO | 80033-2872 | VALID |
| PH CHAN | 1095 MAPLE CLIFF DR | LAKEWOOD | OH | 44107-1251 | VALID |
| PATRICIA DUNSTON | 2246 CHAMBERS LAKE LN SE | LACEY | WA | 98503-6916 | VALID |
| LAEL WILLARD | 1304 S LAUREL ST | PORT ANGELES | WA | 98362-7738 | VALID |
| LYNDA SUDLOW | 42 WOODWARD RD | PARSONSFIELD | ME | 04047-6526 | VALID |
| GREGORY FECTEAU | 1006 BRYCE LN | NIXA | MO | 65714-9028 | VALID |
| JAYNE KELLEY | 676 WAVERLY RD | DIMONDALE | MI | 48821-9642 | VALID |
| SARA SPOOR | 20 TAYLOR DR | SPRINGFIELD | VT | 05156-2216 | VALID |
| JANET OLDING | 5830 HIGHWAY 140 W | KLAMATH FALLS | OR | 97601-5698 | VALID |
| J. K. KEENER | 5945 ABRIANNA WAY APT H | ELKRIDGE | MD | 21075-7075 | VALID |
| REBECCA HARRIS | 42326 GATEWOOD ST | FREMONT | CA | 94538-4126 | VALID |
| EDITH MANN | 2942 COATES RD | PENN YAN | NY | 14527-8933 | VALID |
| JOEL BROWN | PO BOX 70001 | ROSEDALE | MD | 21237-6001 | VALID |
| PATRICIA WORTMAN | 36480 MINARD AVE | HASTINGS | IA | 51540-4083 | VALID |
| NICOLE HAUER | 1009 APACHE TRL | PEGRAM | TN | 37143-5084 | VALID |
| JEROME LASZLOFFY | 10853 E STORIA AVE | MESA | AZ | 85212 | VALID |

**TOM'S OF MAINE SETTLEMENT**
**OPT OUT SUMMARY**
**JANUARY 13, 2016**

| CLASS MEMBER NAME | ADDRESS | CITY | ST | ZIP | STATUS |
|---|---|---|---|---|---|
| NOEL COGSWELL | 31 WINDSOR ST | WATERBURY | CT | 06708-1901 | VALID |
| DEBORAH COOKE | 5933 E EASTRIDGE | APACHE JUNCTION | AZ | 85119-8976 | VALID |
| STACY BIRMINGHAM | 12707 CORNING DR | HOUSTON | TX | 77089-6135 | VALID |
| WILLIAM BAILEY | 128 SAVAGE RD APT 12A | MILFORD | NH | 03055-3147 | VALID |
| CAROLYN SANDERS | 312 SAINT LUCIE LN | FORT PIERCE | FL | 34946-1811 | VALID |
| MARGARET M DOUGHERTY | 136 N INDIANAPOLIS AVE | HERNANDO | FL | 34442-4818 | VALID |
| PAM JENNINGS | 136 W HIGHLAND AVE | WEST MONROE | LA | 71291-7021 | VALID |
| LENA HELMUTH | 8117 STATE HIGHWAY 96 | CARTHAGE | MO | 64836-7108 | VALID |
| MARIA SALANDRIA | 411 HAMPTON CRT | WEST CHESTER | PA | 19380 | VALID |
| LUCY ROBERSON | 1320 W BUFFALO ST | HOLBROOK | AZ | 86025-2234 | VALID |
| DOLORES MACKENZIE | 8 CENTRAL ST | WARWICK | RI | 02886-1204 | VALID |
| KATHRYN GILROY | 1432 SKYLINE DR | FULLERTON | CA | 92831-1867 | VALID |
| DEAN THOMPSON | 3950 TIMBERIDGE DR | IRVING | TX | 75038-4802 | VALID |
| FELICIA HELMS | 5103 NE RIO CT | ANKENY | IA | 50021-4934 | VALID |
| BRITTANY LEE | PO BOX 293 | LINCOLNDALE | NY | 10540-0293 | VALID |
| CARA SCHMIDT | 3919 MARKET ST | CLARKSTON | GA | 30021-2521 | VALID |
| LAURA TANNHAUSER | 1345 JUNIPER ST | MOUNTAIN HOME | ID | 83647-1951 | VALID |
| DIANN FIRACK | 81 E 22 MILE RD | PICKFORD | MI | 49774-9164 | VALID |
| FRANKIE MCCLURG | 314 HIGH MEADOW ST | NACOGDOCHES | TX | 75965-2400 | VALID |
| KAREN MCNEIL | 3707 STRAIGHTFORK DR | HOUSTON | TX | 77082-2924 | VALID |
| HAZEL SILVERA | 12427 COPPER MOUNTAIN BLVD | CHARLOTTE | NC | 28277-2987 | VALID |
| SUSAN HEFNER | 114 TIMBER HILLS RD | HENDERSONVILLE RD | TN | 37075 | VALID |
| WILLIS ANTHONY JOHNSON | 711 COSMOPOLITAN DR NE | ATLANTA | GA | 30324 | VALID |