```
FILING FEE
PAID    $505.00
In Forma
Pauperis  HS1196 28
        Steven M. Larimore, Clerk
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
FILED by AJS  D.C.
MAR 2 8 2016
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI
```

ALLISON GAY, SANDAHL NELSON,          )
MOLLY MARTIN, LORETTE KENNEY,         )
 CLAUDIA MORALES, AND GENEVIEVE       )
 GAMEZ, Individually and on Behalf of All  )
 Others Similarly Situated,           )
                                      )
Plaintiffs,                           )
                                      )    Case No.  14CV60604-KMM
v.                                    )
                                      )
                                      )
TOM'S OF MAINE, INC.,                 )
                                      )
Defendant.                            )

---

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that *Pro Se* Objector STEVEN F.

HELFAND, in his individual capacity, hereby appeals this case to the United States

Court of Appeal for the Eleventh Circuit from the District Court's Opinion and

Final Judgment [Docket 43] entered on March 11, 2016.


Dated: March 26, 2016

Steven F. Helfand
1400 SW 137th Avenue, F112
Hollywood, FL 33027
(415) 596 - 5611
sh4078@gmail.com

## CERTIFICATE OF SERVICE

I, STEVEN F. HELFAND CAUSED TO BE SERVED, VIA FIRST CLASS MAIL, POSTAGE PREPAID, THE ATTACHED NOTICE OF APPEAL.  IT WAS ALSO SERVED VIA EMAIL.

THE ADDRESSES TO WHICH THE NOTICE OF APPEAL WAS MAILED ARE AS FOLLOWS:

David K. Callahan Latham & Watkins LLP 330 N. Wabash Ave., Suite 2800 Chicago, IL 60611; and

James C. Shah Shepherd, Finkelman, Miller & Shah, LLP 35 E. State Street Media, PA 19063.

This certificate of service is made under penalty of perjury under the laws of the United States of America.  This declaration is executed in Hollywood, Florida on March 26, 2016.

Steven Franklyn Helfand
*In propria persona*
1400 SW 137th Avenue, Apt. F112
Hollywood, FL 33027
Telephone:  415.397.0007
Email:      sh4078@gmail.com