IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALLISON GAY, SANDAHL NELSON, MOLLY MARTIN and GENEVIEVE GAMEZ, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOM'S OF MAINE, INC.,<br><br>Defendant. | Case No. 14-cv-60604-KMM<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DAWN WEAVER** |

## DECLARATION OF WAIVER OF CONFLICT

I, Dawn Weaver declare as follows:

(1) I am a member of the class;

(2) my claim number/ID is 164997;

(3) my email is Weavdm@gmail.com;

(4) I have retained attorney Darrell Palmer to assist me in the preparation and filing of my objection;

(5) Mr. Palmer is working with the law firm PulsHaney, PLLC ("PulsHaney"), located at 300 Burnett Street, Ste. 160, Fort Worth, Texas 76102;

(6) Mr. Palmer and PulsHaney have retained attorney Patrick Sweeney to act as their local counsel in the Southern District; and

(7) prior to the objections filing, I was informed that Mr. Sweeney himself was a class member and that he had objected Pro Se.

1

Case 0:14-cv-60604-KMM   Document 55   Entered on FLSD Docket 04/29/2016   Page 2 of 2

(8) Therefore, let it be known that I, Dawn Waever declare that I waived any and all conflicts arising from Mr. Sweeney's status as a class member and intention to object.

I, Dawn Weaver declare under penalty of perjury under the laws of the the United States of America, that the foregoing is true and correct. Executed on January 21, 2015.

*Dawn Weaver*
Dawn Weaver