IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALLISON GAY, SANDAHL NELSON, MOLLY MARTIN and GENEVIEVE GAMEZ, On Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>   vs.<br><br>TOM'S OF MAINE, INC.,<br><br>                Defendant. | No: 14-cv-60604-KMM |

## JOINT REPORT ON CLAIMS ADMINISTRATION PROCESS

Plaintiffs, Allison Gay, Sandahl Nelson, Lorette Kenney, Claudia Morales, Molly Martin and Genevieve Gamez (collectively, "Plaintiffs"), and Defendant Tom's of Maine, Inc. hereby submit the following report to this Court, pursuant to Paragraph 20 of this Court's March 11, 2016 Final Settlement Order and Judgment (D.E. 43). This Court ordered that, following the conclusion of the claims administration process, the parties report as to: (1) the total number of submitted and valid claim; (ii) the average claim amount; and (iii) the aggregate amount of the checks cashed by the settlement class members.

1

The parties have completed the claims administration process, which had the following results:

| | |
|---|---|
| Total Claims Submitted: | 113,821 |
| Total Claims Validated for Payment: | 109,490 |
| Total Checks Cashed: | 104,991 |
| Total Checks Not Cashed: | 4,499 |
| Total Amount of Checks Cashed: | $2,866,990.68 |
| Average Amount of Check Cashed: | $27.31 |

In sum, the settlement process resulted in slightly more claims submitted than the parties anticipated. Of the total number of checks issued, recipients cashed 95.89% of them. Of the total dollar value of the checks issued, recipients cashed 96.38% of the total amount, reflecting the fact that the average value of uncashed checks is slightly lower ($23.97) than the value of cashed checks ($27.31, as reported above).

Dated: September 23, 2016         SHEPHERD, FINKELMAN, MILLER &
                                  SHAH, LLP

                                  /s/ Nathan C. Zipperian
                                  Nathan C. Zipperian (#61525)
                                  Scott R. Shepherd (#69655)
                                  1640 Town Center Circle, Suite 216
                                  Weston, FL 33326
                                  Telephone: (954) 515-0123
                                  Facsimile: (866) 300-7367
                                  Email:  nzipperian@sfmslaw.com
                                          sshepherd@sfmslaw.com

                                  James C. Shah
                                  Natalie Finkelman Bennett
                                  SHEPHERD, FINKELMAN, MILLER
                                  & SHAH, LLP
                                  35 E. State Street
                                  Media, PA 19063

Telephone:  (610) 891-9880
Facsimile:  (866) 300-7367
Email: jshah@sfmslaw.com
          nfinkelman@sfmslaw.com

Jeffrey Feinberg
THE FEINBERG LAW FIRM
382 Springfield Ave, Suite 201
Summit, NJ 07901
Telephone: (212) 372-0297
Email: jfeinberg@nfcounsel.com
James F. Clapp
James T. Hannink
Zach P. Dostart
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122-1253
Telephone:  (858) 623-4200
Facsimile:  (858) 623-4299
Email: jclapp@sdlaw.com
          jhannink@sdlaw.com
          zdostart@sdlaw.com

Clayton D. Halunen (Bar No. 219721)
Melissa Wolchansky (Bar No. 0387900)
HALUNEN LAW
1650 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612.605.4098
Facsimile: 612.605.4099
Email: Halunen@halunenlaw.com
          wolchansky@halunenlaw.com

Michael R. Reese
REESE LLP
875 Avenue of the Americas, 18th Floor
New York, NY 10001
Telephone: (212) 643-0500
Facsimile:  (212) 253-5272
Email: mreese@reeserichman.com
          krichman@reeserichman.com

Aashish Desai
DESAI LAW FIRM, P.C.
3200 Bristol Street, Suite 650

3

        Costa Mesa, CA 92626
        Telephone: (949) 614-5830
        Facsimile: (949) 271-4190
        Email: aashish@desai-law.com

        Attorneys for Plaintiffs and the
        Proposed Class

        Patrick K. Dahl
        WICKER SMITH
        SunTrust Center
        515 East Las Olas Boulevard, Suite 1400
        Fort Lauderdale, FL 33301
        Telephone: (954) 847-4800
        Facsimile: (954) 760-9353
        Email:  pdahl@wickersmith.com

        David K. Callahan
        LATHAM & WATKINS LLP
        330 North Wabash, Suite 2800
        Chicago, Illinois 60611
        Telephone:  (312) 876-7694
        Email:  david.callahan@lw.com

        Attorneys for Tom's of Maine, Inc.

## CERTIFICATE OF SERVICE

      WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on September 23, 2016, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                        /s/ Patrick K. Dahl
                        Patrick K. Dahl, Esquire

## SERVICE LIST

Nathan C. Zipperian
Scott R. Shepherd
Shepherd, Finkelman, Miller & Shah, LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326

Tel: (954) 515-0123
Fax: (866) 300-7367
Email: nzipperian@sfmslaw.com
sshepherd@sfmslaw.com

James C. Shah
Natalie Finkelman Bennett
Shepherd, Finkelman, Miller & Shah, LLP
35 E. State Street
Media, PA 19063
Tel: (610) 891-9880
Fax: (866) 300-7367
Email: jshah@sfmslaw.com
nfinkelman@sfmslaw.com

Jeffrey Feinberg
The Feinberg Law Firm
382 Springfield Ave, Suite 201
Summit, NJ 07901
Tel: (212) 372-0297
Email: jfeinberg@nfcounsel.com


James F. Clapp
James T. Hannink
Zach P. Dostart
Dostart Clapp & Coveney, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122-1253
Tel: (858) 623-4200
Fax: (858) 623-4299
Email: jclapp@sdlaw.com
jhannink@sdlaw.com
zdostart@sdlaw.com

Clayton D. Halunen
Melissa Wolchansky
Halunen Law
1650 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Tel: (612) 605-4098
Fax: (612) 605-4099

Michael R. Reese
Reese LLP

5

875 Avenue of the Americas, 18th Floor
New York, NY 10001
Tel:   (212) 643-0500
Fax:   (212) 253-5272
Email: mreese@reeserichman.com
       krichman@reeserichman.com

Aashish Desai
Desai Law Firm, P.C.
3200 Bristol Street, Suite 650
Costa Mesa, CA 92626
Tel:   (949) 614-5830
Fax:   (949) 271-4190
Email: aashish@desai-law.com